UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cr-20509-PCH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSEPH YEARBY,

      Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R
## AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 72]**, which was entered on June 22, 2026.  In the R&R, Magistrate Judge Louis found that the Defendant Joseph Yearby freely and voluntarily entered a plea of guilty as to Counts 2, 3, 4, and 6 of the Indictment, which charge him with distribution of a controlled substance in violation of Title 21, United States Code, Section 841(a)(l). Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Counts 2, 3, 4, and 6 of the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed.  Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts 2, 3, 4, and 6 of the Indictment filed in this case; and (3) a sentencing hearing is set for **Wednesday, September 16, 2026 at 11:30**

**a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse,

400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

      **DONE AND ORDERED** in Miami, Florida on June 29, 2026.

 

 

_____

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
United States Probation Office